## The Springfield and Illinois Southeastern Railway Company

### *v.*

## Nancy Andrews.

Negligence—*injury to animal—neglect to give signal of approaching train.*  Where a locomotive on the defendant's railroad run against and injured the plaintiff's mare upon a bridge in a public highway, and it appeared that no bell was rung or whistle sounded to give warning of the approaching train, and the speed of the train not slackened, it was *held,* that the company was guilty of such negligence as made it liable to the owner of the mare for the damages sustained.

APPEAL from the Circuit Court of Gallatin county; the Hon. ANDREW D. DUFF, Judge, presiding.

This was an action by the appellee against the appellant, to recover damages for an injury to the mare of the plaintiff. It appeared that the mare, while on a bridge in the public highway, was struck by the locomotive of one of defendant's trains and thrown off the bridge and badly crippled. The proof also showed that no bell was rung or whistle sounded before the animal was struck, and that the speed of the train was not slackened to prevent the accident. The case, on appeal, was tried by the court, who found for the plaintiff $60, for which sum judgment was rendered, and the defendant appealed.

Mr. R. P. HANNA, for the appellant.

Mr. E. D. YOUNGBLOOD, for the appellee.

Mr. CHIEF JUSTICE BREESE delivered the opinion of the Court:

This suit was originally brought before a justice of the peace of Gallatin county, against the Springfield and Southeastern Railway Company, to recover damages for injuries done to the mare of the plaintiff by the locomotive of the defendant. A judgment was rendered in favor of the plaintiff, from which the defendant appealed to the circuit court, and on trial there by the court without a jury, the plaintiff recovered a judgment for sixty dollars and the costs, to reverse which the defendant brings the record here.

We have examined the testimony in the cause, and are satisfied a clear case of negligence on the part of this corporation was made out. No guards to prevent cattle and horses from getting on to the bridge where the accident occurred, and no bell was rung or whistle sounded, as warning a train was near.

We concur in the finding of the court below, and affirm the judgment.                    *Judgment affirmed.*